STEVEN W. MYHRE
Acting United States Attorney
District of Nevada
PAMELA A. MARTIN
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada  89101
Phone:  702-388-6336
Email:  pam.martin@usdoj.gov
Attorneys for the United States of America

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.:  2:13-cr-00257-LDG-PAL |
| Plaintiff, | |
| v. | **MOTION TO DISMISS INDICTMENT** |
| FNU LNU aka MATORRO, | **AND QUASH WARRANT** |
| Defendant. | |

COMES NOW the United States of America, by and through STEVEN W. MYHRE, Acting United States Attorney, and PAMELA A. MARTIN, Assistant United States Attorney, and files this Motion to Dismiss the Indictment and Quash the Arrest Warrant as to defendant FNU LNU aka MATORRO only.

On July 3, 2013, a Criminal Indictment was filed charging defendant FNU LNU aka MATORRO with various violations of the Controlled Substances Act.  FNU LNU aka MATORRO has never been identified by the Drug Enforcement Administration nor the United States Marshals Service.  Both agencies are unable to execute the Arrest Warrant in this matter.

Therefore, the United States respectfully requests that as to defendant FNU LNU aka

MATORRO only, the Indictment be dismissed as to him and the corresponding Arrest Warrant be quashed.

Dated this 24th day of March 2017.

Respectfully submitted,

STEVEN W. MYHRE
Acting United States Attorney


/s/*Pamela A. Martin*
PAMELA A.MARTIN
Assistant United States Attorney

IT IS SO ORDERED.

DATED this 29 day of March, 2017.

_____
HONORABLE LLOYD D. GEORGE
UNITED STATES DISTRICT JUDGE